No. 02–1037. WIT ET AL. *v.* BERMAN, CHAIRPERSON, NEW YORK STATE BOARD OF ELECTIONS, ET AL. C. A. 2d Cir. Certiorari denied. 

No. 02–1040. RIVERSIDE COUNTY, CALIFORNIA *v.* WATSON. C. A. 9th Cir. Certiorari denied. 

No. 02–1042. FORD *v.* AETNA U. S. HEALTHCARE, INC., ET AL. C. A. 5th Cir. Certiorari denied. 

No. 02–1048. WOLK *v.* UNITED STATES ET AL. C. A. 3d Cir. Certiorari denied. 

No. 02–1050. WARDLE *v.* LEXINGTON-FAYETTE URBAN COUNTY GOVERNMENT. C. A. 6th Cir. Certiorari denied. 

No. 02–1053. READ CORP. ET AL. *v.* POWERSCREEN OF AMERICA, INC., ET AL. C. A. Fed. Cir. Certiorari denied. 

No. 02–1057. ROPER, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER *v.* SIMMONS. C. A. 8th Cir. Certiorari denied. 

No. 02–1061. AAIPHARMA INC. *v.* THOMPSON, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. C. A. 4th Cir. Certiorari denied. 

No. 02–1062. CITY OF WHITE PLAINS, NEW YORK *v.* TCG NEW YORK, INC., ET AL. C. A. 2d Cir. Certiorari denied. 

No. 02–1065. MAY *v.* BREWER, SECRETARY OF STATE OF ARIZONA, ET AL. Sup. Ct. Ariz. Certiorari denied. 

No. 02–1068. BIRD *v.* LEWIS & CLARK COLLEGE ET AL. C. A. 9th Cir. Certiorari denied. 

No. 02–1069. GURARY *v.* NU-TECH BIO-MED, INC. C. A. 2d Cir. Certiorari denied. 

No. 02–1071. KABIR ET AL. *v.* SILICON VALLEY BANK ET AL. Ct. App. Cal., 6th App. Dist. Certiorari denied.